IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH CONIGLIO | : | CIVIL ACTION |
| | : | NO. 15-40 |
| vs. | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |

## ORDER

AND NOW, this 15th day of August, 2016, upon consideration of the plaintiff's request for review and the defendant's response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, it is hereby

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's request for review is GRANTED IN PART and the matter is REMANDED for further review consistent with the Report and Recommendation.

*s/ Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.      J.